468 A.2d 844

Adoption of Nichole R.

Appeal of: Paula P. and Alan D.P.

Argued September 7, 1983. Joseph V. Restifo, for appellants; Warren R. Hamilton, for participating party.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.